IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| WEHOWSKY | : | 02-1091 |
| DAVIS | : | 02-1423 |
| ASHER | : | 02-1435 |
| O'NEAL | : | 02-1535 |
| PRICE | : | 02-1550 |
| CERVANTES | : | 02-1593 |
| KAM | : | 02-1611 |
| CLAXTON | : | 02-1620 |
| CASTLE | : | 02-1621 |
| POLITE | : | 02-1650 |
| CARTRIGHT | : | 02-1794 |
| EVANS | : | 02-1942 |
| HANSON | : | 02-1963 |
| SITTON | : | 02-2015 |
| BROWNLEE | : | 02-2194 |
| MORENO | : | 02-2319 |
| MARTINEZ | : | 02-2329 |
| HOWZE | : | 02-2336 |
| ARNOLD | : | 02-2382 |
| PAPADOPOULAS | : | 02-2434 |
| ROSSILLI | : | 02-2451 |
| DREMANN | : | 02-2486 |
| LEONE | : | 02-2542 |
| CROSS | : | 02-2911 |
| BURDITTE | : | 02-3041 |
| PAPI | : | 02-3096 |
| HARDEN | : | 02-3100 |
| TOOKER | : | 02-3108 |
| NORWOOD | : | 02-3112 |
| BRADFIELD | : | 02-3242 |
| VS. | : | |
| BAYER CORPORATION, *et al.* | : | |

**O R D E R**

**AND NOW,** this          day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

|  |  |  |  |
|---|---|---|---|
| [    ] | - | Order staying these proceedings pending disposition of a related action. |
| [    ] | - | Order staying these proceedings pending determination of arbitration proceedings. |
| [    ] | - | Interlocutory appeal filed. |
| [ X ] | - | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>. |

It is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                  **BY THE COURT:**

                                  **J. Curtis Joyner, Judge**